**United States Bankruptcy Court**
**Northern District of California**

In re: Coastal International, Inc., a Nevada corporation

Debtor(s)

Case No. **19-31326**
Chapter **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule G, Master Mailing Matrix**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **January 10, 2020**

/s/ Jeffrey I. Golden
**Jeffrey I. Golden 133040**
Attorney for Debtor(s)
**WEILAND GOLDEN GOODRICH LLP**
**650 Town Center Drive**
**Suite 600**
**Costa Mesa, CA 92626**
**(714) 966-1000 Fax:(714) 966-1002**
**jgolden@wgllp.com**

## United States Bankruptcy Court
### Northern District of California

In re    **Coastal International, Inc., a Nevada corporation**      Case No. **19-31326**
                                                                 Debtor(s)      Chapter **11**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Schedule G, Master Mailing Matrix, consisting of __13__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **January 14, 2020**            Signature    */s/ Bruce E. Green*
                                                                                      **Bruce E. Green**
                                                                                      **Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract |
| | State the term remaining | |
| | List the contract number of any government contract | Carpenters & Millrights of Houston #551 & Vicinity Pension Plan PO Box 1449 Goodlettsville, TN 37070-1449 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract |
| | State the term remaining | |
| | List the contract number of any government contract | Carpenters Benefit Plan of Saint Louis Local 840 1419 Hampton Avenue Saint Louis, MO 63139 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract |
| | State the term remaining | |
| | List the contract number of any government contract | Carpenters Local 491(formerly 1110) 911 Ridgebrook Road Sparks Glencoe, MD 21152-9451 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract |
| | State the term remaining | |
| | List the contract number of any government contract | Carpenters Local 491(formerly 974) 911 Ridgebrook Road Sparks Glencoe, MD 21152-9451 |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract | |
| | State the term remaining | | Chicago Regional Counsel of Carpenters Local 104 PO Box 94432 Chicago, IL 60690 |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Union Benefits | |
| | State the term remaining | | Decoratiors Union Local 17 Dues H&W USWA Local 17 361 S. Frontage Road, Suite 118 Burr Ridge, IL 60527 |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Union Contracts | |
| | State the term remaining | | Decorators Union Local 17U 10501 North 2nd Street Machesney Park, IL 61115-1455 |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract | |
| | State the term remaining | | Exhibition Employees 829 P&A (NJ) PO Box 11944 Newark, NJ 07101-4944 |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract | |
| | State the term remaining | | Exhibition Employees 829 P&A (NJ) Hiring Hall - General Fund 31 W. 34th Street, #7013 New York, NY 10001 |
| | List the contract number of any government contract | | |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract - General | |
| | State the term remaining | | Exhibition Employees Local 829 P&A IATSE Pensions & Annuity Funds c/o Benserco, Inc. 140 Sylvan Avenue, Suite 303 New York, NY 10001 |
| | List the contract number of any | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract | |
|---|---|---|---|
| | State the term remaining | | Exhibition Employees Union Local 829 (NJ) |
| | List the contract number of any government contract | | PO Box 11944 Newark, NJ 07101-4944 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Greater New Orleans Local #38 (NO) 432 North Anthony Street New Orleans, LA 70179 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract | |
|---|---|---|---|
| | State the term remaining | | Gulf Coast Carpenters & Millwrights Health Trust |
| | List the contract number of any government contract | | 1300 S. Meridian, Suite 125 Oklahoma City, OK 73108-1751 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract | |
|---|---|---|---|
| | State the term remaining | | IATSE (Local 50) NY Funds H&W |
| | List the contract number of any government contract | | 417 Fifth Avenue, 3rd Floor New York, NY 10016-2204 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract | |
|---|---|---|---|
| | State the term remaining | | IATSE (Local 50) NY Annuity |
| | List the contract number of any government contract | | 417 Fifth Avenue, 3rd Floor New York, NY 10016-2204 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract | IATSE (Local 50) Sacramento Work Fee 410 N. 10th Street Sacramento, CA 95814 |
|---|---|---|---|

**Additional Page if You Have More Contracts or Leases**

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State the term remaining

List the contract number of any government contract

| | | |
|---|---|---|
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract |
| | State the term remaining | |
| | List the contract number of any government contract | IATSE (Local 50) Sacramento Dues<br>410 N. 10th Street<br>Sacramento, CA 95814 |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract |
| | State the term remaining | |
| | List the contract number of any government contract | IATSE Entertainment #835<br>FLA Training<br>PO Box 51317<br>Los Angeles, CA 90051-5617 |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Union Contact |
| | State the term remaining | |
| | List the contract number of any government contract | IATSE Local 321 Dues<br>7211 N. Dale Mabry Hwy., Ste. 209<br>Tampa, FL 33614 |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract |
| | State the term remaining | |
| | List the contract number of any government contract | IATSE Local 46<br>211 Donelson Pike, Suite 202<br>Building A<br>Nashville, TN 37214-1058 |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract |
| | State the term remaining | |
| | List the contract number of any government contract | IATSE Local 835 - FL Training Trust<br>Kenneth J. Scott PA<br>1470 Minnesota Ave.,<br>Winter Park, FL 32789 |

**Additional Page if You Have More Contracts or Leases**

2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract | |
| | State the term remaining | | IATSE Local 835 Dues |
| | List the contract number of any government contract | | 7131 Grand National Dr., #102<br>Orlando, FL 32819 |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract | |
| | State the term remaining | | IATSE National Benefit Funds<br>H&W #835 FLA |
| | List the contract number of any government contract | | 417 Fifth Ave., 3rd Floor<br>New York, NY 10016-2204 |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract | |
| | State the term remaining | | IATSE National Benefit Funds 39 NJ<br>Local 39 |
| | List the contract number of any government contract | | PO Box 11944<br>Newark, NJ 07101-4944 |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract | |
| | State the term remaining | | IUPAT Local #1175<br>Combined Funds |
| | List the contract number of any government contract | | PO Box 92869<br>Chicago, IL 60675-2869 |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract | |
| | State the term remaining | | Metro Regional Counsel Local 856 PA |
| | List the contract number of any government contract | | 650 Ridge Road, Suite 200<br>Pittsburgh, PA 15205 |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract | |
| | State the term remaining | | NJ Carpenters Funds Local 623<br>NJ Carpenters Funds Raritan Plaza |
| | List the contract number of any | | PO Box 7818<br>Edison, NJ 08837 |

Debtor 1  Coastal International, Inc., a Nevada corporation        Case number (if known) 19-31326
         First Name   Middle Name   Last Name

☒ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| | government contract | |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract |
| | State the term remaining | |
| | List the contract number of any government contract | No Cal Laborers Trust Fund<br>Local 270<br>PO Box 882913<br>San Francisco, CA 94188-2913 |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract |
| | State the term remaining | |
| | List the contract number of any government contract | Northern California Carpenters Fund<br>Local 262<br>Employer PO box 882134<br>San Francisco, CA 94188-2134 |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract |
| | State the term remaining | |
| | List the contract number of any government contract | Sign Pictorial Display Industry<br>Allied Local 510<br>Allied Fund Administrators<br>PO Box 45186<br>San Francisco, CA 94145 |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract |
| | State the term remaining | |
| | List the contract number of any government contract | Southern Painters Welfare<br>Plan (DC 78)<br>5 Hot Metal Street, Suite 200<br>Pittsburgh, PA 15203-2352 |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract |
| | State the term remaining | |
| | List the contract number of any government contract | Southwest Carpenters C67621<br>8003 CS Socal<br>533 South Freemont Ave.,<br>Los Angeles, CA 90071-1706 |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract | Southwest Carpenters C68745<br>8493 LV Trdsh<br>533 South Freemont Ave.,<br>Los Angeles, CA 90071-1706 |

 **Additional Page if You Have More Contracts or Leases**

2. List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State the term remaining

List the contract number of any government contract

| | | |
|---|---|---|
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract |
| | State the term remaining | |
| | List the contract number of any government contract | St. Louis Decorators Union Local 839 (B) 1611 S. Broadway Saint Louis, MO 63101 |
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract |
| | State the term remaining | |
| | List the contract number of any government contract | Steelworkers Pension Trust Local 17 PO Box 645483 Pittsburgh, PA 15264-5252 |
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Union Contact |
| | State the term remaining | |
| | List the contract number of any government contract | Teamsters Local 631 H&W Fund Secuity Fund PO Box 844552 Los Angeles, CA 90084-4552 |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract |
| | State the term remaining | |
| | List the contract number of any government contract | Trust Fund Office Local Union 831 STD PO Box 513435 Los Angeles, CA 90051-3435 |
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract |
| | State the term remaining | |
| | List the contract number of any government contract | Trust Fund Office Local Union 831 STD Premium PO Box 513435 Los Angeles, CA 90051-3435 |

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | Union Contract | Western Conference of Teamsters<br>Local 631<br>Pension Trust Fund SW Area<br>PO Box 841131<br>Los Angeles, CA 90084-1131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Carpenters & Millrights of Houston
#551 & Vicinity Pension Plan
PO Box 1449
Goodlettsville, TN 37070-1449


Carpenters Benefit Plan of
Saint Louis Local 840
1419 Hampton Avenue
Saint Louis, MO 63139


Carpenters Local 491(formerly 1110)
911 Ridgebrook Road
Sparks Glencoe, MD 21152-9451


Carpenters Local 491(formerly 974)
911 Ridgebrook Road
Sparks Glencoe, MD 21152-9451


Chicago Regional Counsel of
Carpenters Local 104
PO Box 94432
Chicago, IL 60690


Decoratiors Union Local 17
Dues H&W
USWA Local 17
361 S. Frontage Road, Suite 118
Burr Ridge, IL 60527


Decorators Union Local 17U
10501 North 2nd Street
Machesney Park, IL 61115-1455


Exhibition Employees 829 P&A (NJ)
PO Box 11944
Newark, NJ 07101-4944

Exhibition Employees 829 P&A (NJ)
Hiring Hall - General Fund
31 W. 34th Street, #7013
New York, NY 10001


Exhibition Employees Local 829 P&A
IATSE Pensions & Annuity Funds
c/o Benserco, Inc.
140 Sylvan Avenue, Suite 303
New York, NY 10001


Exhibition Employees Union
Local 829 (NJ)
PO Box 11944
Newark, NJ 07101-4944


Greater New Orleans Local #38 (NO)
432 North Anthony Street
New Orleans, LA 70179


Gulf Coast Carpenters & Millwrights
Health Trust
1300 S. Meridian, Suite 125
Oklahoma City, OK 73108-1751


IATSE (Local 50) NY
Funds H&W
417 Fifth Avenue, 3rd Floor
New York, NY 10016-2204


IATSE (Local 50) NY
Annuity
417 Fifth Avenue, 3rd Floor
New York, NY 10016-2204


IATSE (Local 50) Sacramento
Work Fee
410 N. 10th Street
Sacramento, CA 95814

IATSE (Local 50) Sacramento Dues
410 N. 10th Street
Sacramento, CA 95814


IATSE Entertainment #835
FLA Training
PO Box 51317
Los Angeles, CA 90051-5617


IATSE Local 321 Dues
7211 N. Dale Mabry Hwy., Ste. 209
Tampa, FL 33614


IATSE Local 46
211 Donelson Pike, Suite 202
Building A
Nashville, TN 37214-1058


IATSE Local 835 - FL Training Trust
Kenneth J. Scott PA
1470 Minnesota Ave.,
Winter Park, FL 32789


IATSE Local 835 Dues
7131 Grand National Dr., #102
Orlando, FL 32819


IATSE National Benefit Funds
H&W #835 FLA
417 Fifth Ave., 3rd Floor
New York, NY 10016-2204


IATSE National Benefit Funds 39 NJ
Local 39
PO Box 11944
Newark, NJ 07101-4944

IUPAT Local #1175
Combined Funds
PO Box 92869
Chicago, IL 60675-2869


Metro Regional Counsel Local 856 PA
650 Ridge Road, Suite 200
Pittsburgh, PA 15205


NJ Carpenters Funds Local 623
NJ Carpenters Funds Raritan Plaza
PO Box 7818
Edison, NJ 08837


No Cal Laborers Trust Fund
Local 270
PO Box 882913
San Francisco, CA 94188-2913


Northern California Carpenters Fund
Local 262
Employer PO box 882134
San Francisco, CA 94188-2134


Sign Pictorial Display Industry
Allied Local 510
Allied Fund Administrators
PO Box 45186
San Francisco, CA 94145


Southern Painters Welfare
Plan (DC 78)
5 Hot Metal Street, Suite 200
Pittsburgh, PA 15203-2352


Southwest Carpenters C67621
8003 CS Socal
533 South Freemont Ave.,
Los Angeles, CA 90071-1706

Southwest Carpenters C68745
8493 LV Trdsh
533 South Freemont Ave.,
Los Angeles, CA 90071-1706


St. Louis Decorators Union
Local 839 (B)
1611 S. Broadway
Saint Louis, MO 63101


Steelworkers Pension Trust Local 17
PO Box 645483
Pittsburgh, PA 15264-5252


Teamsters Local 631 H&W Fund
Secuity Fund
PO Box 844552
Los Angeles, CA 90084-4552


Trust Fund Office
Local Union 831 STD
PO Box 513435
Los Angeles, CA 90051-3435


Trust Fund Office
Local Union 831 STD Premium
PO Box 513435
Los Angeles, CA 90051-3435


Western Conference of Teamsters
Local 631
Pension Trust Fund SW Area
PO Box 841131
Los Angeles, CA 90084-1131

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 650 Town Center Drive, Suite 600, Costa Mesa, California 92626.

On January 14, 2020, I served the within document(s) described as:

**Amended Schedule G, Master Mailing Matrix**

on the interested parties in this action as stated on the attached mailing list.

[X] **(BY THE COURT VIA NOTICE OF ELECTRONIC FILING [NEF])** The foregoing document(s) will be served by the court via NEF and hyperlink to the document. On January 14, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated on the attached list.

[X] **(BY MAIL)** By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Costa Mesa, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 14, 2020, at Costa Mesa, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____Victoria Rosales_____     _____/s/ Victoria_____
(Type or print name)                              (Signature)

1

# SERVICE LIST

**BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Jared A. Day    jared.a.day@usdoj.gov, ankey.to@usdoj.gov
- Beth E. Gaschen    bgaschen@wgllp.com
- Jeffrey I. Golden    jgolden@wgllp.com, kadele@wgllp.com
- Alan C. Hochheiser    ahochheiser@mauricewutscher.com
- William W. Huckins    whuckins@allenmatkins.com
- Leib Lerner    leib.lerner@alston.com
- William F. McCormick    bill.mccormick@ag.tn.gov
- Jessica Georgia McKinlay    mckinlay.jessica@dorsey.com, segovia.maria@dorsey.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Derrick Talerico    dtalerico@ztlegal.com, sfritz@ztlegal.com

**BY MAIL:**

*Contracts and Unexpired Leases*

| | |
|---|---|
| Carpenters & Millrights of Houston #551 & Vicinity Pension Plan<br>PO Box 1449<br>Goodlettsville, TN 37070-1449 | Decorators Union Local 17<br>Dues H&W<br>USWA Local 17<br>361 S. Frontage Road, Suite 118<br>Burr Ridge, IL 60527 |
| Carpenters Benefit Plan of Saint Louis Local 840<br>1419 Hampton Avenue<br>Saint Louis, MO 63139 | Decorators Union Local 17U<br>10501 North 2nd Street<br>Machesney Park, IL 61115-1455 |
| Carpenters Local 491(formerly 1110)<br>911 Ridgebrook Road<br>Sparks Glencoe, MD 21152-9451 | Exhibition Employees 829 P&A (NJ)<br>PO Box 11944<br>Newark, NJ 07101-4944 |
| Carpenters Local 491(formerly 974)<br>911 Ridgebrook Road<br>Sparks Glencoe, MD 21152-9451 | Exhibition Employees 829 P&A (NJ)<br>Hiring Hall - General Fund<br>31 W. 34th Street, #7013<br>New York, NY 10001 |
| Chicago Regional Counsel of Carpenters Local 104<br>PO Box 94432<br>Chicago, IL 60690 | Exhibition Employees Local 829 P&A IATSE Pensions & Annuity Funds<br>c/o Benserco, Inc.<br>140 Sylvan Avenue, Suite 303<br>New York, NY 10001 |

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

| | | |
|---|---|---|
| 1 | Exhibition Employees Union Local 829 (NJ) | IATSE National Benefit Funds H&W #835 FLA |
| 2 | PO Box 11944 Newark, NJ 07101-4944 | 417 Fifth Ave., 3rd Floor New York, NY 10016-2204 |
| 3 | | |
| 4 | Greater New Orleans Local #38 (NO) 432 North Anthony Street New Orleans, LA 70179 | IATSE National Benefit Funds 39 NJ Local 39 PO Box 11944 |
| 5 | | Newark, NJ 07101-4944 |
| 6 | Gulf Coast Carpenters & Millwrights Health Trust | IUPAT Local #1175 Combined Funds |
| 7 | 1300 S. Meridian, Suite 125 Oklahoma City, OK 73108-1751 | PO Box 92869 Chicago, IL 60675-2869 |
| 8 | IATSE (Local 50) NY Funds H&W | Metro Regional Counsel Local 856 PA |
| 9 | 417 Fifth Avenue, 3rd Floor New York, NY 10016-2204 | 650 Ridge Road, Suite 200 Pittsburgh, PA 15205 |
| 10 | | |
| 11 | IATSE (Local 50) NY Annuity 417 Fifth Avenue, 3rd Floor | NJ Carpenters Funds Local 623 NJ Carpenters Funds Raritan Plaza PO Box 7818 |
| 12 | New York, NY 10016-2204 | Edison, NJ 08837 |
| 13 | IATSE (Local 50) Sacramento Work Fee | No Cal Laborers Trust Fund Local 270 |
| 14 | 410 N. 10th Street Sacramento, CA 95814 | PO Box 882913 San Francisco, CA 94188-2913 |
| 15 | | |
| 16 | IATSE (Local 50) Sacramento Dues 410 N. 10th Street Sacramento, CA 95814 | Northern California Carpenters Fund Local 262 Employer PO box 882134 |
| 17 | | San Francisco, CA 94188-2134 |
| 18 | IATSE Entertainment #835 FLA Training PO Box 51317 | Sign Pictorial Display Industry Allied Local 510 Allied Fund Administrators |
| 19 | Los Angeles, CA 90051-5617 | PO Box 45186 San Francisco, CA 94145 |
| 20 | IATSE Local 321 Dues 7211 N. Dale Mabry Hwy., Ste. 209 | |
| 21 | Tampa, FL 33614 | Southern Painters Welfare Plan (DC 78) |
| 22 | IATSE Local 46 211 Donelson Pike, Suite 202 | 5 Hot Metal Street, Suite 200 Pittsburgh, PA 15203-2352 |
| 23 | Building A Nashville, TN 37214-1058 | |
| 24 | | Southwest Carpenters C67621 8003 CS Socal |
| 25 | IATSE Local 835 - FL Training Trust Kenneth J. Scott PA 1470 Minnesota Ave., | 533 South Freemont Ave., Los Angeles, CA 90071-1706 |
| 26 | Winter Park, FL 32789 | Southwest Carpenters C68745 |
| 27 | IATSE Local 835 Dues 7131 Grand National Dr., #102 | 8493 LV Trdsh 533 South Freemont Ave., |
| 28 | Orlando, FL 32819 | Los Angeles, CA 90071-1706 |

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

| | |
|---|---|
| St. Louis Decorators Union<br>Local 839 (B)<br>1611 S. Broadway<br>Saint Louis, MO 63101 | Trust Fund Office<br>Local Union 831 STD<br>PO Box 513435<br>Los Angeles, CA 90051-3435 |
| Steelworkers Pension Trust Local 17<br>PO Box 645483<br>Pittsburgh, PA 15264-5252 | Trust Fund Office<br>Local Union 831 STD Premium<br>PO Box 513435<br>Los Angeles, CA 90051-3435 |
| Teamsters Local 631 H&W Fund<br>Security Fund<br>PO Box 844552<br>Los Angeles, CA 90084-4552 | Western Conference of Teamsters<br>Local 631<br>Pension Trust Fund SW Area<br>PO Box 841131<br>Los Angeles, CA 90084-1131 |

4