Form NSHEHBK

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Coastal International, Inc. | Case No.: 19–31326 |
| dba<br>Coastal International Convention Services<br>  Debtor(s) | Chapter: 11 |

## STATEMENT CONCERNING CHAMBERS AND COURTROOM OPERATIONS THROUGH APRIL 17, 2020

On March 10, 2020, the United States Centers for Disease Control issued its *Recommendations for 30–day Mitigation Strategies for Santa Clara County, California,* which provides strategies to slow the spread of respiratory virus infections including the novel coronavirus SARS–C0V–2, the cause of the disease COVID–19.

In order to comply with these Recommendations, unless otherwise ordered in a specific case or proceeding, Judge Hammond hereby requires as follows:

**Courtroom Operations:**

1. All hearings scheduled on Judge Hammond's calendars will be **conducted telephonically** only. The court cannot accommodate personal appearances at this time.

2. Counsel who would like to appear at a hearing must do so by telephone. The instructions for appearing by telephone can be found on the court's website, at www.canb.uscourts.gov > Rules and Procedures>District Procedures> Policy and Procedure for Appearances by Telephone. Please disregard limitations on when counsel may appear by phone. ALL counsel are required to appear by phone during this period.

3. Unrepresented parties (people who do not have lawyers): If you would like to attend a hearing by telephone, please follow these instructions: www.canb.uscourts.gov > Rules and Procedures>District Procedures> Policy and Procedure for Appearances by Telephone. There is NO COST to you for this service.

4. The court MAY alter hearing dates during this period. Parties will be notified by Judge Hammond's courtroom deputy if a hearing date will be changed.

5.  Parties may continue matters that are set for hearing to future hearing dates. Dates are posted on Judge Hammond's calendar page at: www.canb.uscourts.gov >Calendars >Judges' Calendars > Judge Hammond > Obtaining Calender Dates. Continuances can be requested by uploading an application (for ex parte matters) or stipulation (for contested matters and adversary proceedings) and a proposed order resetting the matter.

6. The court will not hold evidentiary hearings during this time, and these may be rescheduled on a case–by–case basis.

**Chambers Operations:**

Judge Hammond, her law clerk, judicial assistant, and courtroom deputy will work remotely as necessary during this period. Counsel and litigants should expect orders to be reviewed and processed promptly, as usual.

**Judge Hammond will update this statement as necessary over the coming days.**

Dated: 3/16/20

By the Court:

Hannah L. Blumenstiel
United States Bankruptcy Judge