# United States Bankruptcy Court
## Northern District of California

In re: **Coastal International, Inc., a Nevada corporation**  
Debtor(s)

Case No. **19-31326**  
Chapter **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedules E, F, G**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **July 14, 2020**

/s/ Jeffrey I. Golden  
**Jeffrey I. Golden 133040**  
Attorney for Debtor(s)  
**WEILAND GOLDEN GOODRICH LLP**  
**650 Town Center Drive**  
**Suite 600**  
**Costa Mesa, CA 92626**  
**(714) 966-1000 Fax:(714) 966-1002**  
**jgolden@wgllp.com**

# United States Bankruptcy Court
## Northern District of California

In re **Coastal International, Inc., a Nevada corporation**  
Debtor(s)

Case No. **19-31326**  
Chapter **11**

# AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Schedule G, Master Mailing Matrix, consisting of __6__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **July 14, 2020**     Signature _/s/ Bruce E. Green_

**Bruce E. Green**  
**Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Coastal International, Inc., a Nevada corporation |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 19-31326 |

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Jesus Lopez**<br>**4585 San Juan Avenue**<br>**Fremont, CA 94536** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$260,019.25** | **$13,650.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Vacation and Commission** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Wallace E. Randall**<br>**38 Red Hill Circle**<br>**Belvedere Tiburon, CA 94920** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$55,345.21** | **$8,022.40** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Commission and Unpaid Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred ____<br>Last 4 digits of account number ____ | Basis for the claim: ____<br>Is the claim subject to offset? ☐ No ☐ Yes |

| Debtor | Coastal International, Inc., a Nevada corporation | Case number (if known) | 19-31326 |
|---|---|---|---|
| | Name | | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 315,364.46 |
| 5b. Total claims from Part 2 | 5b. + | $ | 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 315,364.46 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Coastal International, Inc., a Nevada corporation** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **19-31326** |

☒ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement** | |
| | State the term remaining | | **Jesus Lopez**<br>**4585 San Juan Avenue**<br>**Fremont, CA 94536** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement** | |
| | State the term remaining | | **Randall, Dee**<br>**38 Red Hill Circle**<br>**Belvedere Tiburon, CA 94920** |
| | List the contract number of any government contract | | |

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 650 Town Center Drive, Suite 600, Costa Mesa, California 92626.

On July 15, 2020, I served the within document(s) described as:

**Amended Schedules E, F, G, Master Mailing Matrix**

on the interested parties in this action as stated on the attached mailing list.

[X] **(BY THE COURT VIA NOTICE OF ELECTRONIC FILING [NEF])** The foregoing document(s) will be served by the court via NEF and hyperlink to the document. On July 15, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive the NEF transmission at the email addresses stated on the attached list.

[X] **(BY MAIL)** By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Costa Mesa, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 15, 2020, at Costa Mesa, California.

I declare under penalty of perjury that the foregoing is true and correct.

| Lindsay Bracken | _(Signature)_ |
| (Type or print name) | (Signature) |

**SERVICE LIST**

**BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Alina Anette Ananian    Alina.Ananian@alston.com, anthonie.meister@alston.com
Reem J. Bello    rbello@wgllp.com, kadele@wgllp.com
Jared A. Day    jared.a.day@usdoj.gov, ankey.to@usdoj.gov
Stephen D. Finestone    sfinestone@fhlawllp.com
Beth E. Gaschen    bgaschen@wgllp.com
Jeffrey I. Golden    jgolden@wgllp.com, kadele@wgllp.com
Michael I. Gottfried    MGottfried@elkinskalt.com, AAburto@elkinskalt.com
Douglas Harris    douglas.harris@alston.com, douglas.harris@duke.edu
Jennifer C. Hayes    jhayes@fhlawllp.com
Alan C. Hochheiser    ahochheiser@mauricewutscher.com
William W. Huckins    whuckins@allenmatkins.com
Leib Lerner    leib.lerner@alston.com
William F. McCormick    bill.mccormick@ag.tn.gov
Jessica Georgia McKinlay    mckinlay.jessica@dorsey.com, segovia.maria@dorsey.com
Kimberly E. Neureiter    Neureiter.kimberly@pbgc.gov, efile@pbgc.gov
Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
Matthew Jon Olson    olson.matt@dorsey.com, stell.laura@dorsey.com
Derrick Talerico    dtalerico@ztlegal.com, sfritz@ztlegal.com
Steven T. Waterman    waterman.steven@dorsey.com, bingham.karen@dorsey.com
Ryan A. Witthans    rwitthans@fhlawllp.com

**BY MAIL:**

Jesus Lopez
4585 San Juan Avenue
Fremont, CA 94536

Randall, Dee
38 Red Hill Circle
Belvedere Tiburon, CA 94920

Wallace E. Randall
38 Red Hill Circle
Belvedere Tiburon, CA 94920

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002