# United States Bankruptcy Court
## Northern District of California

In re   **Coastal International, Inc., a Nevada corporation**        Case No.   **19-31326**

                                             Debtor(s)           Chapter   **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedules E, F, G**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:   **July 16, 2020**                        /s/ Jeffrey I. Golden

                                                    **Jeffrey I. Golden 133040**
                                                      Attorney for Debtor(s)
                                                      **WEILAND GOLDEN GOODRICH LLP**
                                                      **650 Town Center Drive**
                                                      **Suite 600**
                                                      **Costa Mesa, CA 92626**
                                                      **(714) 966-1000 Fax:(714) 966-1002**
                                                      **jgolden@wgllp.com**

Debtor name    **Coastal International, Inc., a Nevada corporation**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **19-31326**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Aglira, Ray**<br>**11815 SW Grapefruit Court**<br>**Palm City, FL 34990** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Arizona Dept. of Revenue**<br>**PO Box 29010**<br>**Phoenix, AZ 85038-9010** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2.21** | **$2.21** |
| Date or dates debt was incurred | Basis for the claim:<br>**Sales and Use Tax** |  |  |
| Last 4 digits of account number **397Z**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Case: 19-31326    Doc# 442    Filed: 07/20/20    Entered: 07/20/20 16:46:52    Page 2 of 29

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $517.42 | $517.42 |
|---|---|---|---|---|

**Barge, Steve**
**910 Severn Avenue**
**Edgewater, MD 21037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,985.23 | $3,985.23 |
|---|---|---|---|---|

**Blacksher, Fred**
**2421 Fothill Blvd., #25G**
**La Verne, CA 91750**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,264.80 | $6,264.80 |
|---|---|---|---|---|

**Boone, Mike**
**4065 Lavergne**
**Antioch, TN 37013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,219.01 | $2,219.01 |
|---|---|---|---|---|

**Broyles, Rick**
**1906 Dahlia Circle**
**Nashville, TN 37210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $839.68 | $839.68 |
|---|---|---|---|---|
| | **CA State Board of Equalization**<br>**PO Box 942879**<br>**Sacramento, CA 94279-3535** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **1621**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,856.02 | $3,856.02 |
|---|---|---|---|---|
| | **Campoli, Jeff**<br>**23 Pearl Street**<br>**Bloomingdale, NJ 07403** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,085.00 | $2,085.00 |
|---|---|---|---|---|
| | **Chadwick, John**<br>**524 Greenbriar Place**<br>**Boulder City, NV 89005** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,935.00 | $7,935.00 |
|---|---|---|---|---|
| | **Cowperthwait, Shelley**<br>**6802 Bayberry Creek**<br>**Las Vegas, NV 89130** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accured Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case: 19-31326    Doc# 442    Filed: 07/20/20    Entered: 07/20/20 16:46:52    Page 4 of 29

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,636.61 | $2,636.61 |
|---|---|---|---|---|
| | **Cowperthwait, Sheridan**<br>**6802 Bayberry Creek**<br>**Las Vegas, NV 89130** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.30 | $9.30 |
|---|---|---|---|---|
| | **DC Treasurer**<br>**Office of Tax & Revenue**<br>**PO Box 419**<br>**Washington, DC 20444** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **9723**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,186.06 | $2,186.06 |
|---|---|---|---|---|
| | **Falco, John Taggart**<br>**324 Qukll Lane**<br>**Matthews, NC 28105** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,315.35 | $2,315.35 |
|---|---|---|---|---|
| | **Florida Dept of Revenue**<br>**2450 Shumard Oak Blvd.**<br>**Tallahassee, FL 32311** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **9723**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case: 19-31326    Doc# 442    Filed: 07/20/20    Entered: 07/20/20 16:46:52    Page 5 of 29

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Franchise Tax Board**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2950** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Fugaro, Joe**<br>**775 Timber Ives Drive**<br>**Dacula, GA 30019** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$32.86** | **$32.86** |
|---|---|---|---|---|
| | **Georgia Department of Revenue**<br>PO Box 740397<br>Atlanta, GA 30370 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**ITS Tax** | | |
| | Last 4 digits of account number **9723** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Gordan, Christina**<br>**181 La Perdiz Court**<br>**San Rafael, CA 94903** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Case: 19-31326    Doc# 442    Filed: 07/20/20    Entered: 07/20/20 16:46:52    Page 6 of 29

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,019.25 | $7,019.25 |
|---|---|---|---|---|

**2.19**

Priority creditor's name and mailing address
**Gorman, Michael**
**11 Jeffrey Lane**
**Hightstown, NJ 08520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,019.25      $7,019.25

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20**

Priority creditor's name and mailing address
**Heinze, Lothar**
**1001 Bridgeway PMB**
**654 Sausalito**
**Sausalito, CA 94965**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21**

Priority creditor's name and mailing address
**Illinois Dept. of Revenue**
**PO Box 19045**
**Springfield, IL 62794-9045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$91.08      $91.08

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number **4478**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22**

Priority creditor's name and mailing address
**Jesus Lopez**
**4585 San Juan Avenue**
**Fremont, CA 94536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$260,019.25      $13,650.00

Date or dates debt was incurred

Basis for the claim:
**Unpaid Vacation and Commission**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case: 19-31326    Doc# 442    Filed: 07/20/20    Entered: 07/20/20 16:46:52    Page 7 of 29

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,266.74** | **$2,266.74** |
|---|---|---|---|---|
| | **Jodoin, Ryann**<br>**33 Woodside**<br>**West Milford, NJ 07480** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,732.87** | **$11,732.87** |
|---|---|---|---|---|
| | **Johnson, Amy**<br>**543 Wisteria Way**<br>**San Rafael, CA 94903** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,807.69** | **$4,807.69** |
|---|---|---|---|---|
| | **Kennedy, Liz**<br>**PO Box 27998**<br>**Anaheim, CA 92809** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,960.00** | **$3,960.00** |
|---|---|---|---|---|
| | **Kennedy, Nina**<br>**PO Box 27998**<br>**Anaheim, CA 92809-0133** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case: 19-31326    Doc# 442    Filed: 07/20/20    Entered: 07/20/20 16:46:52    Page 8 of 29

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,698.18** | **$3,698.18** |
| --- | --- | --- | --- | --- |
| | **Latham, Scott**<br>**2500 Hawk Creek**<br>**Cumming, GA 30041** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,408.20** | **$2,408.20** |
| --- | --- | --- | --- | --- |
| | **Lau, Helen**<br>**1922 22nd Avenue,**<br>**San Francisco, CA 94116** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,019.25** | **$12,019.25** |
| --- | --- | --- | --- | --- |
| | **Lopez, Jesus**<br>**4585 San Juan Avenue**<br>**Fremont, CA 94536** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$32.00** | **$32.00** |
| --- | --- | --- | --- | --- |
| | **Louisiana Dept. of Revenue**<br>**(Income)**<br>**PO Box 751**<br>**Baton Rouge, LA 70821-0751** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | | |
| | Last 4 digits of account number **4478**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,064.90** | **$4,064.90** |
|---|---|---|---|---|
| | **Macaulay, Stuart**<br>**432 W. Lakeshore Drive**<br>**Clermont, FL 34711** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9.36** | **$9.36** |
|---|---|---|---|---|
| | **Maryland S&U Tax**<br>**Return/Comptroller**<br>**PO Box 17405**<br>**Baltimore, MD 21297-1405** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **4986**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,416.11** | **$3,416.11** |
|---|---|---|---|---|
| | **Mata, Deb**<br>**38 Red Hill Circle**<br>**Belvedere Tiburon, CA 94920** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,562.45** | **$3,562.45** |
|---|---|---|---|---|
| | **Michelis, Eric**<br>**8519 N. Atlantic Avenue**<br>**Cape Canaveral, FL 32920** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case: 19-31326    Doc# 442    Filed: 07/20/20    Entered: 07/20/20 16:46:52    Page 10 of 29

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Michigan Dept of Treasury S&U**<br>**Department 78172**<br>**PO Box 78000**<br>**Detroit, MI 48278-0172** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number **5369** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $226.45 | $226.45 |
|---|---|---|---|---|
| | **Minnesota Dept of Revenue S&U**<br>**PO Box 64622**<br>**Saint Paul, MN 55164-0622** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **5385** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5.97 | $5.97 |
|---|---|---|---|---|
| | **Missouri Dept of Revenue**<br>**Harry S. Truman State Office**<br>**Building**<br>**301 West High Street**<br>**Jefferson City, MO 65101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **9723** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $459.20 | $459.20 |
|---|---|---|---|---|
| | **New Jersey Division of Taxation**<br>**PO Box 644**<br>**Trenton, NJ 08646-0644** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **COAS** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.56 | $63.56 |
|---|---|---|---|---|
| | **New Mexico Taxation & Revenue Dept**<br>**1100 South St. Francis Drive**<br>**Santa Fe, NM 87504** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **9723**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,165.38 | $2,165.38 |
|---|---|---|---|---|
| | **New York State Dept. of Taxation**<br>**PO Box 15172**<br>**Albany, NY 12212-5172** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **6001**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $615.12 | $615.12 |
|---|---|---|---|---|
| | **Rebecky, Melissa**<br>**76 Colonial Road**<br>**Wayne, NJ 07470** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Rebecky, Rich**<br>**76 Colonial Road**<br>**Wayne, NJ 07470** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,180.79** | **$4,180.79** |
| | **Rebecky, Samantha** | *Check all that apply.* | | |
| | **76 Colonial Road** | ☐ Contingent | | |
| | **Wayne, NJ 07470** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,895.68** | **$2,895.68** |
| | **Rieth, Joey** | *Check all that apply.* | | |
| | **412 Heritage Avenue** | ☐ Contingent | | |
| | **Gretna, LA 70056** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,109.14** | **$4,109.14** |
| | **Sokol, Scott** | *Check all that apply.* | | |
| | **25601 Elm Banki Drive** | ☐ Contingent | | |
| | **Laguna Hills, CA 92653** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,288.82** | **$5,288.82** |
| | **Sotir, Rich** | *Check all that apply.* | | |
| | **238 E. Kenilworth** | ☐ Contingent | | |
| | **Villa Park, IL 60181** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Accrued Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

Case: 19-31326    Doc# 442    Filed: 07/20/20    Entered: 07/20/20 16:46:52    Page 13 of 29

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,980.80 | $12,980.80 |
|---|---|---|---|---|
| | **Spangler, Kathleen**<br>**554 16th Avenue**<br>**San Francisco, CA 94118** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,880.68 | $2,880.68 |
|---|---|---|---|---|
| | **Tam, Terrance**<br>**434 Dorado Terrace**<br>**San Francisco, CA 94112** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $480.26 | $480.26 |
|---|---|---|---|---|
| | **Tennesseee Dept of Revenue S&U Tax**<br>**Andrew Jackson State Office Bldg**<br>**500 Deadrick St**<br>**Nashville, TN 37242** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **8520**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55,345.21 | $8,022.40 |
|---|---|---|---|---|
| | **Wallace E. Randall**<br>**38 Red Hill Circle**<br>**Belvedere Tiburon, CA 94920** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Commission and Unpaid Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,841.88 | $3,841.88 |
|---|---|---|---|---|
| | **Wood, Rick**<br>**512 Kirkpatrick**<br>**Ennis, TX 75119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116,994.63 |
|---|---|---|---|
| | **American Express Corp. Svcs.**<br>**Attn: US Payment FL**<br>**1801 NW 66th Ave**<br>**Suite 103A**<br>**Fort Lauderdale, FL 33313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Credit Card** | |
| | **Last 4 digits of account number** **1003** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78,064.00 |
|---|---|---|---|
| | **AmTrust North America**<br>**Attn: Accounts Receivable**<br>**800 Superior Ave. E**<br>**21st Floor**<br>**Cleveland, OH 44114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Vendor** | |
| | **Last 4 digits of account number** **6100** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,568.05 |
|---|---|---|---|
| | **Anthem Blue Cross**<br>**PO Box 51011**<br>**Los Angeles, CA 90051-5311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Insurance** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,644.85 |
|---|---|---|---|
| | **Chicago Regional Council of Carpenters**<br>**12 East Erie Street**<br>**Chicago, IL 60611-2796** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Union Fees** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,187,889.81** |
|---|---|---|---|
| | **Global Experience Specialist** | | |
| | **c/o David Emerzian** | ☐ Contingent | |
| | **McCORMICK, BARSTOW, SHEPPARD,** | ☐ Unliquidated | |
| | **WAYTE** | ■ Disputed | |
| | **7647 N. Fresno Street** | | |
| | **Fresno, CA 93720** | **Basis for the claim:** <u>Judgment</u> | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Green Family Trust** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred __ | ☐ Disputed | |
| | Last 4 digits of account number __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$58,907.08** |
|---|---|---|---|
| | **Laborers Trust Fund for Northern CA** | ☐ Contingent | |
| | **PO Box 882913** | ☐ Unliquidated | |
| | **San Francisco, CA 94188-2913** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** <u>Union Fees</u> | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$143,474.21** |
|---|---|---|---|
| | **Northern California Carpenters Fund** | ☐ Contingent | |
| | **PO Box 882134** | ☐ Unliquidated | |
| | **San Francisco, CA 94188-2134** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** <u>Union Fees</u> | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,032.20** |
|---|---|---|---|
| | **Shell Fleet Plus- WEX BANK** | ☐ Contingent | |
| | **PO Box 4337** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-4337** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** <u>Services</u> | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31,172.03** |
|---|---|---|---|
| | **Sign Pictorial Display Industry Allied** | ☐ Contingent | |
| | **PO Box 45186** | ☐ Unliquidated | |
| | **San Francisco, CA 94145** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** <u>Union Fees</u> | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,733.00** |
|---|---|---|---|
| | **Teamsters Local 631 Security Fund** | ☐ Contingent | |
| | **PO Box 844552** | ☐ Unliquidated | |
| | **Los Angeles, CA 90084-4552** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** <u>Union Fees</u> | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,677.58 |
|---|---|---|---|
| | **Trust Fund Office Local Union 831 STD** | ☐ Contingent | |
| | **PO Box 513435** | ☐ Unliquidated | |
| | **Los Angeles, CA 90051-3435** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Union Fees__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,460.87 |
|---|---|---|---|
| | **Western Conference of Teamsters** | ☐ Contingent | |
| | **2323 Eastlake Avenue East** | ☐ Unliquidated | |
| | **Seattle, WA 98102-3393** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Union Fees__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,873.20 |
|---|---|---|---|
| | **Willwork Global Event Services** | ☐ Contingent | |
| | **23 Norfolk Avenue** | ☐ Unliquidated | |
| | **Suite A** | ☐ Disputed | |
| | **South Easton, MA 02375** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Leib M. Lerner, Esq.** **ALSTON & BIRD** **333 South Hope Street** **16th Floor** **Los Angeles, CA 90071-3004** | Line __3.5__ <br><br> ☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 449,530.82 |
| 5b. Total claims from Part 2 | 5b. + | $ | 10,812,491.51 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ | 11,262,022.33 |

Case: 19-31326    Doc# 442    Filed: 07/20/20    Entered: 07/20/20 16:46:52    Page 17 of 29

Debtor name    **Coastal International, Inc., a Nevada corporation**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   **19-31326**

■ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest     **Union Contract** | |
|     State the term remaining | **Carpenters & Millrights of Houston #551 & Vicinity Pension Plan PO Box 1449 Goodlettsville, TN 37070-1449** |
|     List the contract number of any government contract | |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest     **Union Contract** | |
|     State the term remaining | **Carpenters Benefit Plan of Saint Louis Local 840 1419 Hampton Avenue Saint Louis, MO 63139** |
|     List the contract number of any government contract | |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest     **Union Contract** | |
|     State the term remaining | **Carpenters Local 491(formerly 1110) 911 Ridgebrook Road Sparks Glencoe, MD 21152-9451** |
|     List the contract number of any government contract | |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest     **Union Contract** | |
|     State the term remaining | **Carpenters Local 491(formerly 974) 911 Ridgebrook Road Sparks Glencoe, MD 21152-9451** |
|     List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 19-31326    Doc# 442    Filed: 07/20/20    Entered: 07/20/20 16:46:52    Page 18 of 29

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **Chicago Regional Counsel of Carpenters Local 104** |
| | List the contract number of any government contract | | **PO Box 94432** |
| | | | **Chicago, IL 60690** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Union Benefits** | |
|---|---|---|---|
| | State the term remaining | | **Decoratiors Union Local 17** |
| | | | **Dues H&W** |
| | List the contract number of any government contract | | **USWA Local 17** |
| | | | **361 S. Frontage Road, Suite 118** |
| | | | **Burr Ridge, IL 60527** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Decorators Union Local 17U** |
| | List the contract number of any government contract | | **10501 North 2nd Street** |
| | | | **Machesney Park, IL 61115-1455** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for property located at 1271 LaQuinta Drive, Unit #8, Orlando, Florida** | |
|---|---|---|---|
| | State the term remaining | **27 Months** | **Donald Burns** |
| | | | **Helanco** |
| | List the contract number of any government contract | | **PO Box 481** |
| | | | **Gotha, FL 34734-0481** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease for 2019 Chevrolet Express 350** | |
|---|---|---|---|
| | State the term remaining | | **Enterpise Leasing, Inc.** |
| | List the contract number of any government contract | | **600 Corporate Park Drive** |
| | | | **Saint Louis, MO 63105** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease for 2019 Chevrolet Express 2500** | |
|---|---|---|---|
| | State the term remaining | | **Enterpise Leasing, Inc.** |
| | | | **600 Corporate Park Drive** |
| | | | **Saint Louis, MO 63105** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract _____

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease for 2014 Chevrolet Cargo Van** | |
|---|---|---|---|
| | State the term remaining | | **Enterpise Leasing, Inc.** |
| | List the contract number of any government contract _____ | | **600 Corporate Park Drive Saint Louis, MO 63105** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease to 2017 Ford  Transit 250XL** | |
|---|---|---|---|
| | State the term remaining | | **Enterpise Leasing, Inc.** |
| | List the contract number of any government contract _____ | | **600 Corporate Park Drive Saint Louis, MO 63105** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease for 2019 Chevrolet Express 2500** | |
|---|---|---|---|
| | State the term remaining | | **Enterpise Leasing, Inc.** |
| | List the contract number of any government contract _____ | | **600 Corporate Park Drive Saint Louis, MO 63105** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease for 2016 Ford Van 250 Transit** | |
|---|---|---|---|
| | State the term remaining | | **Enterpise Leasing, Inc.** |
| | List the contract number of any government contract _____ | | **600 Corporate Park Drive Saint Louis, MO 63105** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **Exhibition Employees 829 P&A (NJ)** |
| | List the contract number of any government contract _____ | | **PO Box 11944 Newark, NJ 07101-4944** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **Exhibition Employees 829 P&A (NJ)** |
| | | | **Hiring Hall - General Fund** |
| | List the contract number of any government contract | | **31 W. 34th Street, #7013** |
| | | | **New York, NY 10001** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract - General** | |
|---|---|---|---|
| | State the term remaining | | **Exhibition Employees Local 829 P&A** |
| | | | **IATSE Pensions & Annuity Funds** |
| | | | **c/o Benserco, Inc.** |
| | List the contract number of any government contract | | **140 Sylvan Avenue, Suite 303** |
| | | | **New York, NY 10001** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **Exhibition Employees Union** |
| | | | **Local 829 (NJ)** |
| | | | **PO Box 11944** |
| | List the contract number of any government contract | | **Newark, NJ 07101-4944** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | | | **Greater New Orleans Local #38 (NO)** |
| | List the contract number of any government contract | | **432 North Anthony Street** |
| | | | **New Orleans, LA 70179** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **Gulf Coast Carpenters & Millwrights** |
| | | | **Health Trust** |
| | List the contract number of any government contract | | **1300 S. Meridian, Suite 125** |
| | | | **Oklahoma City, OK 73108-1751** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for 504 Hamburg Turnpike, Unit 104B, Wayne, NJ** | |
|---|---|---|---|
| | State the term remaining | **5 Years.** | **HTC Realty** |
| | | | **119 James Drive** |
| | List the contract number of any | | **Ringwood, NJ 07456** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 19-31326    Doc# 442    Filed: 07/20/20    Entered: 07/20/20 16:46:52    Page 21 of 29

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **IATSE (Local 50) NY** |
| | | | **Funds H&W** |
| | List the contract number of any government contract | | **417 Fifth Avenue, 3rd Floor** |
| | | | **New York, NY 10016-2204** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **IATSE (Local 50) NY** |
| | | | **Annuity** |
| | List the contract number of any government contract | | **417 Fifth Avenue, 3rd Floor** |
| | | | **New York, NY 10016-2204** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **IATSE (Local 50) Sacramento** |
| | | | **Work Fee** |
| | List the contract number of any government contract | | **410 N. 10th Street** |
| | | | **Sacramento, CA 95814** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **IATSE (Local 50) Sacramento Dues** |
| | List the contract number of any government contract | | **410 N. 10th Street** |
| | | | **Sacramento, CA 95814** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **IATSE Entertainment #835** |
| | | | **FLA Training** |
| | List the contract number of any government contract | | **PO Box 51317** |
| | | | **Los Angeles, CA 90051-5617** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contact** | |
|---|---|---|---|
| | | | **IATSE Local 321 Dues** |
| | | | **7211 N. Dale Mabry Hwy., Ste. 209** |
| | | | **Tampa, FL 33614** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

Case: 19-31326   Doc# 442   Filed: 07/20/20   Entered: 07/20/20 16:46:52   Page 22 of 29

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | _____ |

---

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** |
|---|---|---|
| | State the term remaining | **IATSE Local 46** |
| | List the contract number of any government contract | **211 Donelson Pike, Suite 202 Building A Nashville, TN 37214-1058** |

---

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** |
|---|---|---|
| | State the term remaining | **IATSE Local 835 - FL Training Trust** |
| | List the contract number of any government contract | **Kenneth J. Scott PA 1470 Minnesota Ave., Winter Park, FL 32789** |

---

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** |
|---|---|---|
| | State the term remaining | **IATSE Local 835 Dues** |
| | List the contract number of any government contract | **7131 Grand National Dr., #102 Orlando, FL 32819** |

---

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** |
|---|---|---|
| | State the term remaining | **IATSE National Benefit Funds** |
| | List the contract number of any government contract | **H&W #835 FLA 417 Fifth Ave., 3rd Floor New York, NY 10016-2204** |

---

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** |
|---|---|---|
| | State the term remaining | **IATSE National Benefit Funds 39 NJ** |
| | List the contract number of any government contract | **Local 39 PO Box 11944 Newark, NJ 07101-4944** |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.33. State what the contract or lease is for and the nature of the debtor's interest — **Union Contract**

State the term remaining

List the contract number of any government contract

**IUPAT Local #1175**
**Combined Funds**
**PO Box 92869**
**Chicago, IL 60675-2869**

---

2.34. State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement for the real property located at 2832-B Walnut Avenue, Tustin, California**

State the term remaining — **43 Months**

List the contract number of any government contract

**Jack Lin**
**19551 Sierra Canon**
**Irvine, CA 92603**

---

2.35. State what the contract or lease is for and the nature of the debtor's interest — **Commission Agreement**

State the term remaining

List the contract number of any government contract

**Jesus Lopez**
**4585 San Juan Avenue**
**Fremont, CA 94536**

---

2.36. State what the contract or lease is for and the nature of the debtor's interest — **Union Contract**

State the term remaining

List the contract number of any government contract

**Metro Regional Counsel Local 856 PA**
**650 Ridge Road, Suite 200**
**Pittsburgh, PA 15205**

---

2.37. State what the contract or lease is for and the nature of the debtor's interest — **Union Contract**

State the term remaining

List the contract number of any government contract

**NJ Carpenters Funds Local 623**
**NJ Carpenters Funds Raritan Plaza**
**PO Box 7818**
**Edison, NJ 08837**

---

2.38. State what the contract or lease is for and the nature of the debtor's interest — **Union Contract**

State the term remaining

**No Cal Laborers Trust Fund**
**Local 270**
**PO Box 882913**
**San Francisco, CA 94188-2913**

Case: 19-31326   Doc# 442   Filed: 07/20/20   Entered: 07/20/20 16:46:52   Page 24 of 29

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | | |
|---|---|---|---|
| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
| | State the term remaining | | **Northern California Carpenters Fund** |
| | List the contract number of any government contract | | **Local 262**<br>**Employer PO box 882134**<br>**San Francisco, CA 94188-2134** |
| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
| | State the term remaining | | **NY District Council of Carpenters** |
| | List the contract number of any government contract | | **Local 621**<br>**395 Hudson Street NY**<br>**New York, NY 10014** |
| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for the real property located at 3 Harbor Drive, Suite 211, Sausalito, CA 94965** | |
| | State the term remaining | | **One/Three Harbor Investors, LLC** |
| | List the contract number of any government contract | | **c/o PM Realty Group**<br>**1000 Main Street, Suite 2400**<br>**Houston, TX 77002** |
| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease for 2015 HINO Truck 268** | |
| | State the term remaining | | **Penske Truck Leasing** |
| | List the contract number of any government contract | | **PO Box 7429**<br>**Pasadena, CA 91109-7429** |
| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease for 2019 HINO 268** | |
| | State the term remaining | | **Penske Truck Leasing** |
| | List the contract number of any government contract | | **PO Box 7429**<br>**Pasadena, CA 91109-7429** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Postal Machine Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pitney Bowes Global Financial**<br>**PO Box 371887**<br>**Pittsburgh, PA 15250-7887** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Randall, Dee**<br>**38 Red Hill Circle**<br>**Belvedere Tiburon, CA 94920** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **Sign Pictorial Display Industry**<br>**Allied Local 510**<br>**Allied Fund Administrators**<br>**PO Box 45186** |
| | List the contract number of any government contract | | **San Francisco, CA 94145** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **So. Cal Laborers Local 300** |
| | List the contract number of any government contract | | **Construction Laborers Trust Funds**<br>**4399 Santa Anita Ave., #200**<br>**El Monte, CA 91731** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **Southern Painters Welfare** |
| | List the contract number of any government contract | | **Plan (DC 78)**<br>**5 Hot Metal Street, Suite 200**<br>**Pittsburgh, PA 15203-2352** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **Southwest Carpenters C67621** |
| | List the contract number of any | | **8003 CS Socal**<br>**533 South Freemont Ave.,**<br>**Los Angeles, CA 90071-1706** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **Southwest Carpenters C68745** |
| | | | **8493 LV Trdsh** |
| | List the contract number of any government contract | | **533 South Freemont Ave.,** |
| | | | **Los Angeles, CA 90071-1706** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **St. Louis Decorators Union** |
| | | | **Local 839 (B)** |
| | List the contract number of any government contract | | **1611 S. Broadway** |
| | | | **Saint Louis, MO 63101** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **Steelworkers Pension Trust Local 17** |
| | List the contract number of any government contract | | **PO Box 645483** |
| | | | **Pittsburgh, PA 15264-5252** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contact** | |
|---|---|---|---|
| | State the term remaining | | **Teamsters Local 631 H&W Fund** |
| | | | **Secuity Fund** |
| | List the contract number of any government contract | | **PO Box 844552** |
| | | | **Los Angeles, CA 90084-4552** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **Trust Fund Office** |
| | | | **Local Union 831 STD** |
| | List the contract number of any government contract | | **PO Box 513435** |
| | | | **Los Angeles, CA 90051-3435** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | | | **Trust Fund Office** |
| | | | **Local Union 831 STD Premium** |
| | | | **PO Box 513435** |
| | | | **Los Angeles, CA 90051-3435** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract　　　_____

---

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreemennt for the real property located at 580 Valley Road, Suite 108, Wayne, NJ 07470** | |
|---|---|---|---|
| | State the term remaining | **5Years, 7 Months** | |
| | List the contract number of any government contract | _____ | **Urstadt Biddle Properties, Inc.**<br>**321 Railroad Avenue**<br>**Greenwich, CT 06830** |

---

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **Western Conference of Teamsters**<br>**Local 631**<br>**Pension Trust Fund SW Area**<br>**PO Box 841131**<br>**Los Angeles, CA 90084-1131** |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    **Coastal International, Inc., a Nevada corporation**                Case No.    **19-31326**

                                      Debtor(s)             Chapter    **11**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Schedules E/F, G, Master Mailing Matrix, consisting of ___ **27** ___ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date    **July 16, 2020**                    Signature    *Bruce E. Green*

                                                       **Bruce E. Green**
                                                       **Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy