Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 31, 2020**          X  *Bruce E. Green*
                                    Signature of individual signing on behalf of debtor

**Bruce E. Green**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Debtor name **Coastal International, Inc., a Nevada corporation**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **19-31326**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Aglira, Ray**
**11815 SW Grapefruit Court**
**Palm City, FL 34990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.21** | **$2.21** |
|---|---|---|---|---|

**Arizona Dept. of Revenue**
**PO Box 29010**
**Phoenix, AZ 85038-9010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales and Use Tax**

Last 4 digits of account number **397Z**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Case: 19-31326    Doc# 454    Filed: 07/31/20    Entered: 07/31/20 19:03:08    Page 2 of 30

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $517.42 | $517.42 |
|---|---|---|---|---|

**Barge, Steve**
**910 Severn Avenue**
**Edgewater, MD 21037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,985.23 | $3,985.23 |
|---|---|---|---|---|

**Blacksher, Fred**
**2421 Fothill Blvd., #25G**
**La Verne, CA 91750**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,264.80 | $6,264.80 |
|---|---|---|---|---|

**Boone, Mike**
**4065 Lavergne**
**Antioch, TN 37013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,219.01 | $2,219.01 |
|---|---|---|---|---|

**Broyles, Rick**
**1906 Dahlia Circle**
**Nashville, TN 37210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case: 19-31326   Doc# 454   Filed: 07/31/20   Entered: 07/31/20 19:03:08   Page 3 of 30

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $839.68 | $839.68 |
|---|---|---|---|---|

**CA State Board of Equalization**
PO Box 942879
Sacramento, CA 94279-3535

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **1621**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,856.02 | $3,856.02 |
|---|---|---|---|---|

**Campoli, Jeff**
23 Pearl Street
Bloomingdale, NJ 07403

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,085.00 | $2,085.00 |
|---|---|---|---|---|

**Chadwick, John**
524 Greenbriar Place
Boulder City, NV 89005

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,935.00 | $7,935.00 |
|---|---|---|---|---|

**Cowperthwait, Shelley**
6802 Bayberry Creek
Las Vegas, NV 89130

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case: 19-31326    Doc# 454    Filed: 07/31/20    Entered: 07/31/20 19:03:08    Page 4 of 30

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,636.61 | $2,636.61 |
|---|---|---|---|---|

**Cowperthwait, Sheridan**
**6802 Bayberry Creek**
**Las Vegas, NV 89130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.30 | $9.30 |
|---|---|---|---|---|

**DC Treasurer**
**Office of Tax & Revenue**
**PO Box 419**
**Washington, DC 20444**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **9723**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,186.06 | $2,186.06 |
|---|---|---|---|---|

**Falco, John Taggart**
**324 Qukll Lane**
**Matthews, NC 28105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,315.35 | $2,315.35 |
|---|---|---|---|---|

**Florida Dept of Revenue**
**2450 Shumard Oak Blvd.**
**Tallahassee, FL 32311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **9723**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case: 19-31326   Doc# 454   Filed: 07/31/20   Entered: 07/31/20 19:03:08   Page 5 of 30

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|
| | **Franchise Tax Board**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2950** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|
| | **Fugaro, Joe**<br>**775 Timber Ives Drive**<br>**Dacula, GA 30019** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$32.86** | **$32.86** |
|---|---|---|---|---|---|
| | **Georgia Department of Revenue**<br>**PO Box 740397**<br>**Atlanta, GA 30370** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**ITS Tax** | | | |
| | Last 4 digits of account number **9723** | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|
| | **Gordan, Christina**<br>**181 La Perdiz Court**<br>**San Rafael, CA 94903** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,019.25** | **$7,019.25** |
|---|---|---|---|---|

**Gorman, Michael**
**11 Jeffrey Lane**
**Hightstown, NJ 08520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Heinze, Lothar**
**1001 Bridgeway PMB**
**654 Sausalito**
**Sausalito, CA 94965**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$91.08** | **$91.08** |
|---|---|---|---|---|

**Illinois Dept. of Revenue**
**PO Box 19045**
**Springfield, IL 62794-9045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number **4478**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,266.74** | **$2,266.74** |
|---|---|---|---|---|

**Jodoin, Ryann**
**33 Woodside**
**West Milford, NJ 07480**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case: 19-31326   Doc# 454   Filed: 07/31/20   Entered: 07/31/20 19:03:08   Page 7 of
30

| 2.23 | Priority creditor's name and mailing address<br>**Johnson, Amy**<br>**543 Wisteria Way**<br>**San Rafael, CA 94903** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,732.87 | $11,732.87 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address<br>**Kennedy, Liz**<br>**PO Box 27998**<br>**Anaheim, CA 92809** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,807.69 | $4,807.69 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address<br>**Kennedy, Nina**<br>**PO Box 27998**<br>**Anaheim, CA 92809-0133** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,960.00 | $3,960.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address<br>**Latham, Scott**<br>**2500 Hawk Creek**<br>**Cumming, GA 30041** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,698.18 | $3,698.18 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued Vacation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case: 19-31326   Doc# 454   Filed: 07/31/20   Entered: 07/31/20 19:03:08   Page 8 of 30

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,408.20 | $2,408.20 |
|---|---|---|---|---|

**Lau, Helen**
**1922 22nd Avenue,**
**San Francisco, CA 94116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $260,019.25 | $13,650.00 |
|---|---|---|---|---|

**Lopez, Jesus**
**4585 San Juan Avenue**
**Fremont, CA 94536**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Vacation and Commission**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Louisiana Dept. of Revenue**
**(Income)**
**PO Box 751**
**Baton Rouge, LA 70821-0751**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number **4478**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,064.90 | $4,064.90 |
|---|---|---|---|---|

**Macaulay, Stuart**
**432 W. Lakeshore Drive**
**Clermont, FL 34711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case: 19-31326    Doc# 454    Filed: 07/31/20    Entered: 07/31/20 19:03:08    Page 9 of
30

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.36 | $9.36 |

**Maryland S&U Tax
Return/Comptroller
PO Box 17405
Baltimore, MD 21297-1405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **4986**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,416.11 | $3,416.11 |

**Mata, Deb
38 Red Hill Circle
Belvedere Tiburon, CA 94920**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,562.45 | $3,562.45 |

**Michelis, Eric
8519 N. Atlantic Avenue
Cape Canaveral, FL 32920**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Michigan Dept of Treasury S&U
Department 78172
PO Box 78000
Detroit, MI 48278-0172**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number **5369**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Case: 19-31326   Doc# 454   Filed: 07/31/20   Entered: 07/31/20 19:03:08   Page 10 of 30

| 2.35 | Priority creditor's name and mailing address **Minnesota Dept of Revenue S&U PO Box 64622 Saint Paul, MN 55164-0622** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$226.45** | **$226.45** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Taxes** | | |
| | Last 4 digits of account number **5385** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address **Missouri Dept of Revenue Harry S. Truman State Office Building 301 West High Street Jefferson City, MO 65101** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$5.97** | **$5.97** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Taxes** | | |
| | Last 4 digits of account number **9723** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address **New Jersey Division of Taxation PO Box 644 Trenton, NJ 08646-0644** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$459.20** | **$459.20** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Taxes** | | |
| | Last 4 digits of account number **COAS** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address **New Mexico Taxation & Revenue Dept 1100 South St. Francis Drive Santa Fe, NM 87504** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$63.56** | **$63.56** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Taxes** | | |
| | Last 4 digits of account number **9723** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,165.38 | $2,165.38 |
|---|---|---|---|---|

**New York State Dept. of Taxation**
**PO Box 15172**
**Albany, NY 12212-5172**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **6001**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55,345.21 | $8,022.40 |
|---|---|---|---|---|

**Randall, Wallace**
**38 Red Hill Circle**
**Belvedere Tiburon, CA 94920**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Commission and Unpaid Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $615.12 | $615.12 |
|---|---|---|---|---|

**Rebecky, Melissa**
**76 Colonial Road**
**Wayne, NJ 07470**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Rebecky, Rich**
**76 Colonial Road**
**Wayne, NJ 07470**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case: 19-31326   Doc# 454   Filed: 07/31/20   Entered: 07/31/20 19:03:08   Page 12 of 30

Name

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,180.79 | $4,180.79 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Rebecky, Samantha**
**76 Colonial Road**
**Wayne, NJ 07470**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,895.68 | $2,895.68 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Rieth, Joey**
**412 Heritage Avenue**
**Gretna, LA 70056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,109.14 | $4,109.14 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Sokol, Scott**
**25601 Elm Banki Drive**
**Laguna Hills, CA 92653**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,288.82 | $5,288.82 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Sotir, Rich**
**238 E. Kenilworth**
**Villa Park, IL 60181**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,980.80 | $12,980.80 |
|---|---|---|---|---|

**Spangler, Kathleen**
**554 16th Avenue**
**San Francisco, CA 94118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,880.68 | $2,880.68 |
|---|---|---|---|---|

**Tam, Terrance**
**434 Dorado Terrace**
**San Francisco, CA 94112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $480.26 | $480.26 |
|---|---|---|---|---|

**Tennesseee Dept of Revenue S&U**
**Tax**
**Andrew Jackson State Office Bldg**
**500 Deadrick St**
**Nashville, TN 37242**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **8520**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,841.88 | $3,841.88 |
|---|---|---|---|---|

**Wood, Rick**
**512 Kirkpatrick**
**Ennis, TX 75119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Accrued Vacation**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Case: 19-31326   Doc# 454   Filed: 07/31/20   Entered: 07/31/20 19:03:08   Page 14 of
30

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116,994.63 |
|---|---|---|---|

**American Express Corp. Svcs.**
**Attn: US Payment FL**
**1801 NW 66th Ave**
**Suite 103A**
**Fort Lauderdale, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **1003**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,064.00 |
|---|---|---|---|

**AmTrust North America**
**Attn: Accounts Receivable**
**800 Superior Ave. E**
**21st Floor**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **6100**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,568.05 |
|---|---|---|---|

**Anthem Blue Cross**
**PO Box 51011**
**Los Angeles, CA 90051-5311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,644.85 |
|---|---|---|---|

**Chicago Regional Council of Carpenters**
**12 East Erie Street**
**Chicago, IL 60611-2796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Union Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chicago Regional Council of Carpenters**
**P.O. Box 94432**
**Chicago, IL 60690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,187,889.81 |
|---|---|---|---|

**Global Experience Specialist**
**c/o David Emerzian**
**McCORMICK, BARSTOW, SHEPPARD,**
**WAYTE**
**7647 N. Fresno Street**
**Fresno, CA 93720**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Green Family Trust**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,907.08** |
|---|---|---|---|
| | **Laborers Trust Fund for Northern CA**<br>PO Box 882913<br>San Francisco, CA 94188-2913 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Union Fees__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143,474.21** |
|---|---|---|---|
| | **Northern California Carpenters Fund**<br>PO Box 882134<br>San Francisco, CA 94188-2134 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Union Fees__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,032.20** |
|---|---|---|---|
| | **Shell Fleet Plus- WEX BANK**<br>PO Box 4337<br>Carol Stream, IL 60197-4337 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,172.03** |
|---|---|---|---|
| | **Sign Pictorial Display Industry Allied**<br>PO Box 45186<br>San Francisco, CA 94145 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Union Fees__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,733.00** |
|---|---|---|---|
| | **Teamsters Local 631 Security Fund**<br>PO Box 844552<br>Los Angeles, CA 90084-4552 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Union Fees__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,677.58** |
|---|---|---|---|
| | **Trust Fund Office Local Union 831 STD**<br>PO Box 513435<br>Los Angeles, CA 90051-3435 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Union Fees__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,460.87** |
|---|---|---|---|
| | **Western Conference of Teamsters**<br>2323 Eastlake Avenue East<br>Seattle, WA 98102-3393 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Union Fees__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 19-31326    Doc# 454    Filed: 07/31/20    Entered: 07/31/20 19:03:08    Page 16 of 30

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Western Conference of Teamsters**<br>P.O. Box 841121<br>Los Angeles, CA 90084 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,873.20 |
| --- | --- | --- | --- |
| | **Willwork Global Event Services**<br>23 Norfolk Avenue<br>Suite A<br>South Easton, MA 02375 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Leib M. Lerner, Esq.**<br>**ALSTON & BIRD**<br>**333 South Hope Street**<br>**16th Floor**<br>**Los Angeles, CA 90071-3004** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ | 437,511.57 |
| 5b. Total claims from Part 2 | 5b. + | $ | 10,812,491.51 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 11,250,003.08 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** |
| | State the term remaining | **Carpenters & Millrights of Houston #551 & Vicinity Pension Plan PO Box 1449 Goodlettsville, TN 37070-1449** |
| | List the contract number of any government contract | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** |
| | State the term remaining | **Carpenters Benefit Plan of Saint Louis Local 840 1419 Hampton Avenue Saint Louis, MO 63139** |
| | List the contract number of any government contract | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** |
| | State the term remaining | **Carpenters Local 491 (formerly 1110) 911 Ridgebrook Road Sparks Glencoe, MD 21152-9451** |
| | List the contract number of any government contract | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Additional Address for Notice Purposes for Carpenters Local 491** |
| | State the term remaining | **Carpenters Local 491 (formerly 974) 911 Ridgebrook Road Sparks Glencoe, MD 21152-9451** |
| | List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 19-31326    Doc# 454    Filed: 07/31/20    Entered: 07/31/20 19:03:08    Page 18 of 30

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Union Contract**

State the term remaining

List the contract number of any government contract

**Chicago Regional Counsel of Carpenters Local 104**
**PO Box 94432**
**Chicago, IL 60690**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Additional address for Notice Purposes for Steelworkers Pension Trust Local 17**

State the term remaining

List the contract number of any government contract

**Decorators Union Local 17**
**Dues H&W**
**USWA Local 17**
**361 S. Frontage Road, Suite 118**
**Burr Ridge, IL 60527**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Additional address for Notice Purposes for Steelworkers Pension Trust Local 17**

State the term remaining

List the contract number of any government contract

**Decorators Union Local 17U**
**10501 North 2nd Street**
**Machesney Park, IL 61115-1455**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Lease for property located at 1271 LaQuinta Drive, Unit #8, Orlando, Florida**

State the term remaining — **27 Months**

List the contract number of any government contract

**Donald Burns**
**Helanco**
**PO Box 481**
**Gotha, FL 34734-0481**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Vehicle lease for 2019 Chevrolet Express 350**

State the term remaining

List the contract number of any government contract

**Enterpise Leasing, Inc.**
**600 Corporate Park Drive**
**Saint Louis, MO 63105**

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Vehicle lease for 2019 Chevrolet Express 2500**

State the term remaining

**Enterpise Leasing, Inc.**
**600 Corporate Park Drive**
**Saint Louis, MO 63105**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease for 2014 Chevrolet Cargo Van** | |
|---|---|---|---|
| | State the term remaining | | **Enterpise Leasing, Inc.** |
| | List the contract number of any government contract | | **600 Corporate Park Drive** |
| | | | **Saint Louis, MO 63105** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease to 2017 Ford  Transit 250XL** | |
|---|---|---|---|
| | State the term remaining | | **Enterpise Leasing, Inc.** |
| | List the contract number of any government contract | | **600 Corporate Park Drive** |
| | | | **Saint Louis, MO 63105** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease for 2019 Chevrolet Express 2500** | |
|---|---|---|---|
| | State the term remaining | | **Enterpise Leasing, Inc.** |
| | List the contract number of any government contract | | **600 Corporate Park Drive** |
| | | | **Saint Louis, MO 63105** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease for 2016 Ford Van 250 Transit** | |
|---|---|---|---|
| | State the term remaining | | **Enterpise Leasing, Inc.** |
| | List the contract number of any government contract | | **600 Corporate Park Drive** |
| | | | **Saint Louis, MO 63105** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **Exhibition Employees 829 P&A (NJ)** |
| | List the contract number of any government contract | | **PO Box 11944** |
| | | | **Newark, NJ 07101-4944** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

▪ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Additional address for Notice Purposes for Exhibition Employees 829 P&A (NJ)** | |
|---|---|---|---|
| | State the term remaining | | **Exhibition Employees 829 P&A (NJ) Hiring Hall - General Fund 31 W. 34th Street, #7013 New York, NY 10001** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Additional address for Notice Purposes for Exhibition Employees 829 P&A (NJ)** | |
|---|---|---|---|
| | State the term remaining | | **Exhibition Employees Local 829 P&A IATSE Pensions & Annuity Funds c/o Benserco, Inc. 140 Sylvan Avenue, Suite 303 New York, NY 10001** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Additional address for Notice Purposes for Exhibition Employees 829 P&A (NJ)** | |
|---|---|---|---|
| | State the term remaining | | **Exhibition Employees Union Local 829 (NJ) PO Box 11944 Newark, NJ 07101-4944** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **Greater New Orleans Local #39 (NO) 432 North Anthony Street New Orleans, LA 70179** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **Gulf Coast Carpenters & Millwrights Health Trust 1300 S. Meridian, Suite 125 Oklahoma City, OK 73108-1751** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for 504 Hamburg Turnpike, Unit 104B, Wayne, NJ** | |
|---|---|---|---|
| | State the term remaining | **5 Years.** | **HTC Realty 119 James Drive Ringwood, NJ 07456** |
| | List the contract number of any | | |

Case: 19-31326   Doc# 454   Filed: 07/31/20   Entered: 07/31/20 19:03:08   Page 21 of 30

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** |
| | State the term remaining | **IATSE (Local 50) NY Funds H&W 417 Fifth Avenue, 3rd Floor New York, NY 10016-2204** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Additional address for Notice Purposes for IATSE (Local 50) NY** |
| | State the term remaining | **IATSE (Local 50) NY Annuity 417 Fifth Avenue, 3rd Floor New York, NY 10016-2204** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Additional address for Notice Purposes for IATSE (Local 50) NY** |
| | State the term remaining | **IATSE (Local 50) Sacramento Dues 410 N. 10th Street Sacramento, CA 95814** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract - Additional address for IATSE (Local 50) NY** |
| | State the term remaining | **IATSE (Local 50) Sacramento Work Fee 410 N. 10th Street Sacramento, CA 95814** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** |
| | State the term remaining | **IATSE Entertainment #835 FLA Training PO Box 51317 Los Angeles, CA 90051-5617** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** |
| | | **IATSE Local 320 P.O. Box 5731 Savannah, GA 31414** |

Case: 19-31326　　Doc# 454　　Filed: 07/31/20　　Entered: 07/31/20 19:03:08　　Page 22 of 30

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Additional address for Notice Purposes for IATSE Entertainment #835** | |
|---|---|---|---|
| | State the term remaining | | **IATSE Local 321 Dues** |
| | List the contract number of any government contract | | **7211 N. Dale Mabry Hwy., Ste. 209 Tampa, FL 33614** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **IATSE Local 46** |
| | List the contract number of any government contract | | **211 Donelson Pike, Suite 202 Building A Nashville, TN 37214-1058** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **IATSE Local 835 - FL Training Trust** |
| | List the contract number of any government contract | | **Kenneth J. Scott PA 1470 Minnesota Ave., Winter Park, FL 32789** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Additional address for Notice Purposes for IATSE Local 835** | |
|---|---|---|---|
| | State the term remaining | | **IATSE Local 835 Dues** |
| | List the contract number of any government contract | | **7131 Grand National Dr., #102 Orlando, FL 32819** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Additional address for Notice Purposes for IATSE Local 835** | |
|---|---|---|---|
| | State the term remaining | | **IATSE National Benefit Funds** |
| | List the contract number of any government contract | | **H&W #835 FLA 417 Fifth Ave., 3rd Floor New York, NY 10016-2204** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **IATSE National Benefit Funds 39 NJ** |
| | List the contract number of any government contract | | **Local 39** |
| | | | **PO Box 11944** |
| | | | **Newark, NJ 07101-4944** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **IUPAT Local #1175** |
| | List the contract number of any government contract | | **Combined Funds** |
| | | | **PO Box 92869** |
| | | | **Chicago, IL 60675-2869** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for the real property located at 2832-B Walnut Avenue, Tustin, California** | |
|---|---|---|---|
| | State the term remaining | **43 Months** | |
| | List the contract number of any government contract | | **Jack Lin** |
| | | | **19551 Sierra Canon** |
| | | | **Irvine, CA 92603** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Commission Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jesus Lopez** |
| | | | **4585 San Juan Avenue** |
| | | | **Fremont, CA 94536** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **Metro Regional Counsel Local 856 PA** |
| | List the contract number of any government contract | | **650 Ridge Road, Suite 200** |
| | | | **Pittsburgh, PA 15205** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **NJ Carpenters Funds Local 623** |
| | | | **NJ Carpenters Funds Raritan Plaza** |
| | | | **PO Box 7818** |
| | | | **Edison, NJ 08837** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract

---

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**No Cal Laborers Trust Fund
Local 270
PO Box 882913
San Francisco, CA 94188-2913**

---

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Northern California Carpenters Fund
Local 262 Employer
PO Box 882134
San Francisco, CA 94188-2134**

---

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**NY District Council of Carpenters
Local 621
395 Hudson Street NY
New York, NY 10014**

---

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for the real property located at 3 Harbor Drive, Suite 211, Sausalito, CA 94965** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**One/Three Harbor Investors, LLC
c/o PM Realty Group
1000 Main Street, Suite 2400
Houston, TX 77002**

---

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle lease for 2015 HINO Truck 268** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Penske Truck Leasing
PO Box 7429
Pasadena, CA 91109-7429**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.44.** State what the contract or lease is for and the nature of the debtor's interest — **Vehicle lease for 2019 HINO 268**

State the term remaining

List the contract number of any government contract

**Penske Truck Leasing**
**PO Box 7429**
**Pasadena, CA 91109-7429**

---

**2.45.** State what the contract or lease is for and the nature of the debtor's interest — **Postal Machine Lease**

State the term remaining

List the contract number of any government contract

**Pitney Bowes Global Financial**
**PO Box 371887**
**Pittsburgh, PA 15250-7887**

---

**2.46.** State what the contract or lease is for and the nature of the debtor's interest — **Commission Agreement**

State the term remaining

List the contract number of any government contract

**Randall, Dee**
**38 Red Hill Circle**
**Belvedere Tiburon, CA 94920**

---

**2.47.** State what the contract or lease is for and the nature of the debtor's interest — **Union Contract**

State the term remaining

List the contract number of any government contract

**Sign Pictorial Display Industry**
**Allied Local 510**
**Allied Fund Administrators**
**PO Box 45186**
**San Francisco, CA 94145**

---

**2.48.** State what the contract or lease is for and the nature of the debtor's interest — **Union Contract**

State the term remaining

List the contract number of any government contract

**So. Cal Laborers Local 300**
**Construction Laborers Trust Funds**
**4399 Santa Anita Ave., #200**
**El Monte, CA 91731**

---

**2.49.** State what the contract or lease is for and the nature of the debtor's interest — **Additional address for Notice Purposes for IUPAT Local #1175**

State the term remaining

List the contract number of any

**Southern Painters Welfare**
**Plan (DC 78)**
**5 Hot Metal Street, Suite 200**
**Pittsburgh, PA 15203-2352**

Case: 19-31326    Doc# 454    Filed: 07/31/20    Entered: 07/31/20 19:03:08    Page 26 of 30

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** |
|---|---|---|
| | State the term remaining | **Southwest Carpenters C67621**<br>**8003 CS Socal**<br>**533 South Freemont Ave.,**<br>**Los Angeles, CA 90071-1706** |
| | List the contract number of any government contract | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** |
|---|---|---|
| | State the term remaining | **Southwest Carpenters C68745**<br>**8493 LV Trdsh**<br>**533 South Freemont Ave.,**<br>**Los Angeles, CA 90071-1706** |
| | List the contract number of any government contract | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** |
|---|---|---|
| | State the term remaining | **St. Louis Decorators Union**<br>**Local 839 (B)**<br>**1611 S. Broadway**<br>**Saint Louis, MO 63101** |
| | List the contract number of any government contract | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Steelworkers Pension Trust Local 17**<br>**PO Box 645483**<br>**Pittsburgh, PA 15264-5252** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contact** |
|---|---|---|
| | State the term remaining | **Teamsters Local 631 H&W Fund**<br>**Secuity Fund**<br>**PO Box 844552**<br>**Los Angeles, CA 90084-4552** |
| | List the contract number of any government contract | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | **Trust Fund Office**<br>**Local Union 831 STD**<br>**PO Box 513435**<br>**Los Angeles, CA 90051-3435** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case: 19-31326   Doc# 454   Filed: 07/31/20   Entered: 07/31/20 19:03:08   Page 27 of 30

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract

---

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Additional address for Notice Purposes for Trust Fund Office - Local Union 831 STD** | |
|---|---|---|---|
| | State the term remaining | | **Trust Fund Office** |
| | | | **Local Union 831 STD Premium** |
| | List the contract number of any government contract | | **PO Box 513435** |
| | | | **Los Angeles, CA 90051-3435** |

---

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreemennt for the real property located at 580 Valley Road, Suite 108, Wayne, NJ 07470** | |
|---|---|---|---|
| | State the term remaining | **5Years, 7 Months** | **Urstadt Biddle Properties, Inc.** |
| | List the contract number of any government contract | | **321 Railroad Avenue** |
| | | | **Greenwich, CT 06830** |

---

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | | **Western Conference of Teamsters** |
| | | | **Local 631** |
| | List the contract number of any government contract | | **Pension Trust Fund SW Area** |
| | | | **PO Box 841131** |
| | | | **Los Angeles, CA 90084-1131** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 650 Town Center Drive, Suite 600, Costa Mesa, California 92626.

On July 31, 2020, I served the within document(s) described as:

Declaration Under Penalty of Perjury for Non-Individual Debtors; Schedule E/F: Creditors Who Have Unsecured Claims; Schedule G: Executory Contracts and Unexpired Leases

on the interested parties in this action as stated on the attached mailing list.

[X] **(BY THE COURT VIA NOTICE OF ELECTRONIC FILING [NEF])** The foregoing document(s) will be served by the court via NEF and hyperlink to the document. On July 31, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated on the attached list.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 31, 2020, at Costa Mesa, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____                    _____
          Lindsay Bracken                                                (Signature)
        (Type or print name)

**Weiland Golden Goodrich LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

0.0

1

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1  ## SERVICE LIST

2

3
- **Alina Anette Ananian**    Alina.Ananian@alston.com, anthonie.meister@alston.com
4
- **Reem J. Bello**    rbello@wgllp.com, kadele@wgllp.com
- **Jared A. Day**    jared.a.day@usdoj.gov, ankey.to@usdoj.gov
5
- **Stephen D. Finestone**    sfinestone@fhlawllp.com
- **Beth E. Gaschen**    bgaschen@wgllp.com
6
- **Jeffrey I. Golden**    jgolden@wgllp.com, kadele@wgllp.com
- **Michael I. Gottfried**    MGottfried@elkinskalt.com, AAburto@elkinskalt.com
7
- **Douglas Harris**    douglas.harris@alston.com, douglas.harris@duke.edu
- **Jennifer C. Hayes**    jhayes@fhlawllp.com
8
- **Alan C. Hochheiser**    ahochheiser@mauricewutscher.com
- **William W. Huckins**    whuckins@allenmatkins.com
9
- **Leib Lerner**    leib.lerner@alston.com
- **William F. McCormick**    bill.mccormick@ag.tn.gov
10
- **Jessica Georgia McKinlay**    mckinlay.jessica@dorsey.com, segovia.maria@dorsey.com
11
- **Sharanya Mohan**    sharanya.mohan@usdoj.gov, tina.louie@usdoj.gov
- **Kimberly E. Neureiter**    Neureiter.kimberly@pbgc.gov, efile@pbgc.gov
12
- **Office of the U.S. Trustee / SF**    USTPRegion17.SF.ECF@usdoj.gov
- **Matthew Jon Olson**    olson.matt@dorsey.com, stell.laura@dorsey.com
13
- **Mark D. Poniatowski**    ponlaw@ponlaw.com
- **Derrick Talerico**    dtalerico@ztlegal.com, sfritz@ztlegal.com
14
- **Steven T. Waterman**    waterman.steven@dorsey.com, bingham.karen@dorsey.com
15
- **Ryan A. Witthans**    rwitthans@fhlawllp.com

16

17

18

19

20

21

22

23

24

25

26

27

28

0.0

2